| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for Jeffrey M. Keiser, Esquire, Debtor | **Order Filed on July 12, 2017 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>JEFFREY M. KEISER,<br><br>                 Debtor. | Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter 13<br><br>Case No.: 17-11270(JNP) |

**CONSENT ORDER BY AND BETWEEN DEBTOR AND LAWYERS FUNDING GROUP, LLC ENTERING JUDGMENT AND REGARDING PAYMENT OF CLAIM**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 12, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:   JEFFREY M. KEISER
Case No:  17-11270-JNP
Caption:  Consent Order by and between Debtor and Lawyers Funding Group, LLC
Entering Judgment and Regarding Payment of Claim

_____

Upon consideration of the consent of the parties for an Order by and between Debtor and Lawyers Funding Group, LLC (the "Lawyers Funding Group") regarding nondischargeability of debt, and good cause appearing therefore, it is hereby

ORDERED and ADJUDGED that:

1.   Claim no. 15 in the amount of $34,500.00 filed by Lawyers Funding Group (the "Secured Claim") be and is hereby allowed as a secured claim in its entirety.

2.   The Secured Claim in the amount of $34,500.00 shall be repaid to the Lawyers Funding Group in full as a condition of confirmation of the Debtor's Chapter 13 plan in accordance with the terms of the plan and the priorities set forth under 11 U.S.C. § 507.

3.   Judgment be and is hereby entered against the Debtor in the amount of $34,500.00.

I/we consent to the form and entry of this Order.

| /s/Samuel H. Israel | /s/E. Richard Dressel |
| Samuel H. Israel, Esquire | E. Richard Dressel, Esquire |
| *Attorneys for Creditor, Lawyers Funding Group, LLC* | *Attorney for Debtor* |
| | |

6318680 v1