UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Jeffrey M. Keiser, Esquire, Debtor

Order Filed on July 12, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY M. KEISER,

                Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.: 17-11270(JNP)

**CONSENT ORDER BY AND BETWEEN DEBTOR AND LAWYERS FUNDING GROUP, LLC ENTERING JUDGMENT AND REGARDING PAYMENT OF CLAIM**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: July 12, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:     JEFFREY M. KEISER
Case No:    17-11270-JNP
Caption:    Consent Order by and between Debtor and Lawyers Funding Group, LLC
            Entering Judgment and Regarding Payment of Claim

_____

Upon consideration of the consent of the parties for an Order by and between Debtor and Lawyers Funding Group, LLC (the "Lawyers Funding Group") regarding nondischargeability of debt, and good cause appearing therefore, it is hereby

ORDERED and ADJUDGED that:

1. Claim no. 15 in the amount of $34,500.00 filed by Lawyers Funding Group (the "Secured Claim") be and is hereby allowed as a secured claim in its entirety.

2. The Secured Claim in the amount of $34,500.00 shall be repaid to the Lawyers Funding Group in full as a condition of confirmation of the Debtor's Chapter 13 plan in accordance with the terms of the plan and the priorities set forth under 11 U.S.C. § 507.

3. Judgment be and is hereby entered against the Debtor in the amount of $34,500.00.

I/we consent to the form and entry of this Order.

| /s/Samuel H. Israel | /s/E. Richard Dressel |
| Samuel H. Israel, Esquire | E. Richard Dressel, Esquire |
| | |
| *Attorneys for Creditor, Lawyers Funding Group, LLC* | *Attorney for Debtor* |
| | |

2

6318680 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-11270-JNP
Jeffrey M. Keiser                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 13, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.
db              Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ   08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com;r49748@notify.bestcase.com
              E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com;r49748@notify.bestcase.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com
              Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                               TOTAL: 11