UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

**Order Filed on July 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

JEFFREY M. KEISER,

                Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.:  17-11270(JNP)

Hearing Date:  July 25, 2017
                 @ 10:00 a.m.

## ORDER MODIFYING PROOF OF CLAIM NO. 10 FILED BY
## THE STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY SECTION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 25, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:     JEFFREY M. KEISER,
Case No.:   17-11270(JNP)
Caption:    ORDER MODIFYING PROOF OF CLAIM NO. 10 FILED BY THE STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY SECTION

---

Upon consideration of the Motion of the Jeffrey M. Keiser to Modify Proof of Claim No. 10 filed by the State of New Jersey, Division of Taxation Bankruptcy Section, and after notice and hearing, it is hereby

**ORDERED** that the Motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that Proof of Claim No. 10 filed by the State of New Jersey, Division of Taxation Bankruptcy Section shall be, and hereby is, modified and allowed in the amount of $893.56 as a General Unsecured Claim with Priority Pursuant to 11 U.S.C. §507(a)(8) for purposes of this Chapter 13 proceeding and distributions pursuant to Debtor's Chapter 13 Plan as may be filed and confirmed by this Court.

6234923 v1