UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

**Order Filed on July 25, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

JEFFREY M. KEISER,

      Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.: 17-11270(JNP)

Hearing Date: July 25, 2017
      @ 10:00 a.m.

## ORDER MODIFYING PROOF OF CLAIM NO. 10 FILED BY
## THE STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY SECTION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 25, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:      JEFFREY M. KEISER,
Case No.:    17-11270(JNP)
Caption:     ORDER MODIFYING PROOF OF CLAIM NO. 10 FILED BY THE STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY SECTION

---

Upon consideration of the Motion of the Jeffrey M. Keiser to Modify Proof of Claim No. 10 filed by the State of New Jersey, Division of Taxation Bankruptcy Section, and after notice and hearing, it is hereby

**ORDERED** that the Motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that Proof of Claim No. 10 filed by the State of New Jersey, Division of Taxation Bankruptcy Section shall be, and hereby is, modified and allowed in the amount of $893.56 as a General Unsecured Claim with Priority Pursuant to 11 U.S.C. §507(a)(8) for purposes of this Chapter 13 proceeding and distributions pursuant to Debtor's Chapter 13 Plan as may be filed and confirmed by this Court.

6234923 v1

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-11270-JNP
Jeffrey M. Keiser                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Jul 26, 2017
                               Form ID: pdf903              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db            Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ   08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                  Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
               rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com;r49748@notify.bestcase.com
              E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com;r49748@notify.bestcase.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com
              Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                               TOTAL: 11