UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY M. KEISER,

                Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.: 17-11270(JNP)

Hearing Date: September 5, 2017
                    @ 10:00 a.m.

## ORDER APPROVING LOAN MODIFICATION WITH CITIMORTGAGE, INC.

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 25, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     JEFFREY M. KEISER,
Case No.:   17-11270(JNP)
Caption:    ORDER APPROVING LOAN MODIFICATION WITH CITIMORTGAGE, INC.

**THIS MATTER**, having come before the Court upon the Motion of Jeffrey M. Keiser ("Debtor" or "Movant") for the entry of an Order Approving Loan Modification with CitiMortgage, Inc. ("Citi"), and notice of the Motion having been given to the Chapter 13 Standing Trustee and all creditors and parties in interest, and the Court having considered the Motion, and for good and sufficient cause appearing, it is hereby:

**ORDERED**, that the Movant's Motion to Approve Loan Modification with CitiMortgage, Inc., attached to the Motion as Exhibit "A," shall be and hereby is, **GRANTED**; and it is

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the 11 U.S.C. 11 U.S.C. §362(a) automatic stay.

**ORDERED**, that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of a confirmed plan in this case.

**ORDERED**, that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of a confirmed plan.

**(Page 3)**
Debtor: JEFFREY M. KEISER,
Case No.: 17-11270(JNP)
Caption: ORDER APPROVING LOAN MODIFICATION WITH CITIMORTGAGE, INC.

**ORDERED**, that the Debtor shall file a Modified Plan within 10 days of the entry of the within Order.

**ORDERED**, that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall file an amended proof of claim to reflect the arrears disbursed by the Chapter 13 Trustee prior to the loan modification effective date or zero pre-petition arrears.

**ORDERED**, that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is amended or the Trustee is notified by the secured creditor that the modification was not consummated.

**ORDERED**, that in the event the modification is not consummated the secured creditor shall notify the Trustee and the Debtor's attorney of same. Any money that was held by Trustee pending completion of the modification shall then be paid to the secured creditor.

**ORDERED**, that in the event the proof of claim is amended to reflect the arrears disbursed by the Chapter 13 Trustee prior to the loan modification effective date or zero pre-petition arrears, the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provision of the confirmed plan.

6357606 v1