UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY M. KEISER,

              Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.: 17-11270(JNP)

Hearing Date: September 5, 2017
              @ 10:00 a.m.

## ORDER APPROVING LOAN MODIFICATION WITH CITIMORTGAGE, INC.

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: August 25, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 17-11270-JNP    Doc 80    Filed 08/27/17    Entered 08/27/17 14:12:11    Desc Proposed Order    Page 2 of 3

(Page 2)
Debtor: JEFFREY M. KEISER,
Case No.: 17-11270(JNP)
Caption: ORDER APPROVING LOAN MODIFICATION WITH CITIMORTGAGE, INC.

**THIS MATTER**, having come before the Court upon the Motion of Jeffrey M. Keiser ("Debtor" or "Movant") for the entry of an Order Approving Loan Modification with CitiMortgage, Inc. ("Citi"), and notice of the Motion having been given to the Chapter 13 Standing Trustee and all creditors and parties in interest, and the Court having considered the Motion, and for good and sufficient cause appearing, it is hereby:

**ORDERED**, that the Movant's Motion to Approve Loan Modification with CitiMortgage, Inc., attached to the Motion as Exhibit "A," shall be and hereby is, **GRANTED**; and it is

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the 11 U.S.C. 11 U.S.C. §362(a) automatic stay.

**ORDERED**, that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an Amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of a confirmed plan in this case.

**ORDERED**, that if the pre-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of a confirmed plan.

(Page 3)
Debtor: JEFFREY M. KEISER,
Case No.: 17-11270(JNP)
Caption: ORDER APPROVING LOAN MODIFICATION WITH CITIMORTGAGE, INC.

**ORDERED**, that the Debtor shall file a Modified Plan within 10 days of the entry of the within Order.

**ORDERED**, that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall file an amended proof of claim to reflect the arrears disbursed by the Chapter 13 Trustee prior to the loan modification effective date or zero pre-petition arrears.

**ORDERED**, that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is amended or the Trustee is notified by the secured creditor that the modification was not consummated.

**ORDERED**, that in the event the modification is not consummated the secured creditor shall notify the Trustee and the Debtor's attorney of same. Any money that was held by Trustee pending completion of the modification shall then be paid to the secured creditor.

**ORDERED**, that in the event the proof of claim is amended to reflect the arrears disbursed by the Chapter 13 Trustee prior to the loan modification effective date or zero pre-petition arrears, the Trustee may disburse funds being held pursuant to this Order to other creditors in accordance with the provision of the confirmed plan.

6357606 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-11270-JNP
Jeffrey M. Keiser                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 25, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.
db        Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ    08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
          E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com
          Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
          Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                  TOTAL: 11