| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for Jeffrey M. Keiser, Esquire, Debtor | **Order Filed on September 1, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>JEFFREY M. KEISER,<br><br>              Debtor. | Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter 13<br><br>Case No.: 17-11270(JNP)<br><br>Hearing Date: September 5, 2017<br>              @ 10:00 a.m. |

**CONSENT ORDER BY AND BETWEEN DEBTOR AND 41 GROVE STREET PROFESSIONAL BUILDING, LLP REGARDING PROOF OF CLAIM NO. 20-1**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

DATED: September 1, 2017

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6378678 v1

(Page 2)

Debtor:      JEFFREY M. KEISER
Case No:     17-11270-JNP
Caption:     Consent Order by and between Debtor and 41 Grove Street Professional Building, LLP Entering Judgment and Regarding Proof of Claim No. 20-1

---

THIS MATTER, having come before the Court upon the Motion of Jeffrey M. Keiser, Debtor, to Modify Proof of Claim No. 20-1 filed by 41 Grove Street Professional Building, LLP, and good cause appearing therefore, it is hereby

ORDERED and ADJUDGED that:

1. Claim no. 20-1 in the amount of $4,070.32 shall be, and hereby is, allowed as a Secured Claim in the amount of $850, representing the pre-petition security deposit provided by Debtor to 41 Grove Street Professional Building, LLP (the "Secured Claim").

2. To the extent necessary, 41 Grove Street Professional Building, LLP shall be, and hereby is, granted relief from the 11 U.S.C. §362(a) automatic stay in order to apply Debtor's pre-petition security deposit in the amount of $850 in full satisfaction of the Secured Claim and all amounts owed to 41 Grove Street Professional Building, LLP.

3. Nothing in this Consent Order shall be deemed to affect Debtor's right to continue to rent his current location from 41 Grove Street Professional Building, LLP on a month-to-month basis until such time as this Court may otherwise Order.

4. Nothing in this Consent Order shall be deemed to affect Debtor's right to continue to rent his current location at the property owned by 41 Grove Street Professional Building, LLP (or any subsequent owner of the property) on a month-to-month basis until such time as this Court may otherwise Order.

5. Notwithstanding the above, to the extent necessary, 41 Grove Street Professional Building, LLP shall be, and hereby is, granted relief from the 11 U.S.C. §362(a) automatic stay to terminate Debtor's right to continue to rent his current location at the property on a month-to-month (and, if necessary) to take action to evict the Debtor if: (a) 41 Grove Street Professional Building, LLP provides 30-days prior written notice to the Debtor that it desires to terminate the Debtor's month-to-month tenancy and the Debtor fails to vacate the property and/or (b) the Debtor defaults in his obligation to pay rent and his share of expenses on a timely basis for his post-petition

6378678 v1

(Page 3)
Debtor:        JEFFREY M. KEISER
Case No:      17-11270-JNP
Caption:       Consent Order by and between Debtor and 41 Grove Street Professional Building, LLP Entering Judgment and Regarding Proof of Claim No. 20-1

---

occupancy of his current location at the property and, upon written notice of such default, fails to vacate the property.

I/we consent to the form and entry of this Order.

| /s/ Jeffrey Craig<br>Jeffrey Craig, Esquire<br><br>*Attorneys for Creditor, 41 Grove Street Professional Building, LLP* | /s/ E. Richard Dressel<br>E. Richard Dressel, Esquire<br><br>*Attorneys for Debtor, Jeffrey M. Keiser* |
|---|---|
| Dated:  August 21, 2017 | Dated:  August 22, 2017 |

6378678 v1

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey M. Keiser  
    Debtor

Case No. 17-11270-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 01, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.  
db          Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ   08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com  
         E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com  
         Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com  
         Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com  
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                       TOTAL: 11