UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

**Order Filed on September 22, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

JEFFREY M. KEISER,

    Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.: 17-11270(JNP)

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 22, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6410742 v1

After review of the application of _____Flaster Greenberg, P.C._ for the reduction of time for a hearing on Debtor's Motion to Sell Real Property Located at 63 Woodbrush Trail West, Medford, NJ 0805509105 under Fed.R.Bankr.P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __Tues. 1010/17__ at __10 am__ in the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4C.

2. The applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee, all secured creditors, __all creditors__ __BY REGULAR MAIL ONLY__ by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____ _____ by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:
☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __received by 10/6/17__ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

2

6410742 v1

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

6410742 v1