UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

Order Filed on September 22, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

JEFFREY M. KEISER,

        Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.: 17-11270(JNP)

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

6410742 v1

After review of the application of _____Flaster Greenberg, P.C.___ for the reduction of time for a hearing on Debtor's Motion to Sell Real Property Located at 63 Woodbrush Trail West, Medford, NJ 0805509105 under Fed.R.Bankr.P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Tues. 1010/17___ at __10 am__ in the United States Bankruptcy Court, 400 Cooper Street, 4th Floor, Camden, NJ 08101, Courtroom No. 4C.

2. The applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee, all secured creditors, __all creditors__ __BY REGULAR MAIL ONLY__ by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____ by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within ____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:
   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or    received by 10/6/17

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

2

6410742 v1

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

3

6410742 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11270-JNP
Jeffrey M. Keiser                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Sep 22, 2017
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db              Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ  08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
               rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
              E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com
              Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                               TOTAL: 11