UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser, Debtor

Order Filed on October 10, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY M. KEISER,

        Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.:  17-11270(JNP)

Hearing Date: October 10, 2017
               @ 10:00 a.m.

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

The relief set forth on the following page, numbered two (2) and three (3), is hereby

**ORDERED**.

DATED: October 10, 2017

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:        JEFFREY M. KEISER,
Case No.:      17-11270(JNP)
Caption:       <u>AMENDED ORDER AUTHORIZING SALE OF REAL PROPERTY</u>

After review of the Debtor's Motion for authorization to sell real property located at 63 Woodthrush Trail West, Medford, NJ 08055-9105 (the "Motion" and the "Real Property", respectively),

**IT IS** hereby **ORDERED** as follows:

1.    The Debtor is authorized to sell the Real Property on the terms and conditions of the Contract for Sale annexed to the Motion as Exhibit "A" pursuant to 11 U.S.C. §§ 363(b) and 1303.  Title to the Real Property shall be conveyed by both the Debtor and the Chapter 13 Trustee.

2.    The proceeds of sale must be used to satisfy the liens on the Real Property unless the liens are otherwise avoided by Court Order or Investors Bank agrees to accept the net proceeds available after costs of sale and senior liens in satisfaction of its second mortgage against the Real Property and the Internal Revenue Service agrees to release its Federal Tax Lien recorded against the Real Property on February 21, 2017.  Until such satisfaction(s)/release(s) of these liens, the Real Property is not free and clear of liens.

3.    In accordance with D.N.J. LBR 6004-5(b), the Application for Order Shortening Time on the Motion provided that the Debtor would be requesting to pay the real estate broker at the time of closing.  Therefore the following professional(s) may be paid at closing:

| Name of professional: | Jessica Nooney/Weichert Realtors |
|---|---|
| Amount to be paid: | $21,499 (6% of Purchase Price plus $199) |
| Services rendered: | Court-approved Realtor for Debtor pursuant to Listing Agreement dated 5/16/17 |

**(Page 3)**
Debtor:        JEFFREY M. KEISER,
Case No.:    17-11270(JNP)
Caption:      AMENDED ORDER AUTHORIZING SALE OF REAL PROPERTY

4.    Other closing fees payable by the Debtor may be satisfied from the proceeds of the sale and adjustments to the price as provided for the contract of sale may be made at closing.

5.    The amount of $__N/A__ claimed as exempt may be paid to the Debtor.

6.    The ☐balance of proceeds must be paid to the Chapter 13 Trustee in the Debtor's case.

7.    A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.    The Debtor must file a Modified Chapter 13 Plan not later than 21 days after the date of this Order.

9.    All amounts remaining owed to Investors Bank after the partial payment of its second mortgage against the Real Property will continue to be cross-collateralized by Investors Bank's second mortgage lien against Debtor's property located at 12 N. Fredericksburg Avenue, Ventnor, NJ 08406.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey M. Keiser  
    Debtor

Case No. 17-11270-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 11, 2017  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.  
db         Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ   08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com  
         E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com  
         Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com  
         Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                      TOTAL: 12