UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Attorney for Creditor Investors Bank

In Re:

Jeffrey M. Keiser

Case No.:       17-11270

Adv. No.:       _____

Chapter:        13

Hearing Date:   December 5, 2017

Judge:          Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Rebecca K. McDowell, Esq.,

    ☒ am the attorney for: Investors Bank

    ☐ am self-represented

    Phone number: 856-324-5014

    Email address: rmcdowell@slgcollect.com

2. I request an adjournment of the following hearing:

    Matter: Investors Bank's Motion for Relief from Stay

    Current hearing date and time: December 5, 2017

    New date requested: December 19, 2017

    Reason for adjournment request: Pending Settlement

_____

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

    below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: December 4, 2017                       /s/ Rebecca K. McDowell
                                                  Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒  Granted                New hearing date:  12/19/17 at 10 am           ☒  Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐  Peremptory

2

☐ Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*