Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–11270–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeffrey M. Keiser
  12 N Fredericksburg Ave
  Ventnor City, NJ 08406–1934

Social Security No.:
  xxx–xx–8954

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on .

On 3/9/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             April 18, 2018
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 9, 2018
JAN: lgr

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-11270-JNP
Jeffrey M. Keiser                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 3            Date Rcvd: Mar 09, 2018
                            Form ID: 185           Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
```
db              Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ  08406-1934
aty            +Flaster/Greenberg PC,    1810 W. Chapel Avenue,    1810,    Cherry Hill, NJ 08002-4606
cr             +Investors Bank,    c/o Robert L Saldutti, Esquire,    Saldutti Law Group,    800 N Kings Highway,
                 Suite 300,    Cherry Hill, NJ 08034-1511
cr             +PFS Financial 1, LLC,    7990 IH 10 West,    Suite 200,    San Antonio, TX 78230-4786
r              +Weichert Realtors,    107 Taunton Blvd.,    Medford, NJ 08055-3475
516821682      +41 Grove Street Building, LLC,    41 Grove Street,    Haddonfield, NJ 08033-1200
516821683       American Express,    PO Box 1270,    Attn: Barbara Rietbers, Esq.,    Newark, NJ 07101-1270
516821684       American Express (Gold),    PO Box 1270,    Attn: Barbara Rietbers, Esq.,
                 Newark, NJ 07101-1270
516657993       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
516647872       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516603670       Amex,    PO Box 650448,    Dallas, TX  75265-0448
516821686      +Ardec Capital Solutions Corp., c/o,    James J. Brady,    9 Glenn Head Road,
                 Glen Head, NY 11545-1412
516821687       Aviator Mastercard,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
516603671       BAnk of America,    Bank of America,    PO Box 15019,    Wilmington, DE  19850-5019
516603672       Barclays BAnk of Delaware,    100 S West St,    Wilmington, DE  19801-5015
516821688       Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
516603673       Brooks Brothers CBNA,    PO Box 6403,    Sioux Falls, SD  57117-6403
516603674       CBNA,    Citibank Customer Service,    PO Box 65006,    Sioux Falls, SD  57117
516700715       CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516821695       CW Nexus Credit Card Holdings, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
516603675       Chase,    Cardmember Services,    PO Box 94014,    Palatine, IL  60094-4014
516821689       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516821690       Chase Sapphire,    PO Box 15298,    Wilmington, DE 19850-5298
516821691       Citco (Synchrony Bank),    PO Box 965003,    Orlando, FL 32896-5003
516603676       Citgo,    CITGO Petroleum Corporation,    PO Box 4689,    Houston, TX  77210-4689
516603677       Citi,    AT&T Universal Card,,    PO Box 9001037,    Louisville, KY  40290-1037
516821694       CitiMortgage,    PO Box 79005,    Saint Louis, MO 63195-6319
516821692       Citicard,    PO Box 9001037,    Louisville, KY 40290-1037
516603678       Citimortgage,    PO Box 9001067,    Louisville, KY  40290-1067
516745989       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
516603679       Comcast,    PO Box 1259,    Oaks, PA  19456-1259
516829710       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
516821700      +Edward Hanratty, Esquire,    1 West Main Street,    Freehold, NJ 07728-2209
516603681       Euclid Ave Equitie,    76 E Euclid Ave Fl 2,    Haddonfield, NJ  08033-2330
516821701      +Euclid Avenue Equities,    76 Euclid Avenue,    Haddonfield, NJ 08033-2330
516879033      +Euclid Avenue Euities,    Barbara E. Riefberg, Esq,    Shimberg & Friel, PC,
                 20 Brace Road, Suite 350,    Cherry Hill, NJ 08034-2646
516821702      +Home Depot/Citi,    PO Box 790040,    Saint Louis, MO 63179-0040
516821703      +Honig & Greenberg, LLC,    1949 Berlin Road, #200,    Cherry Hill, NJ 08003-3737
516603683      +Investors Bank,    101 Wood Ave S,    Iselin, NJ 08830-2750
516635966      +Investors Bank, Successor by Merger to Roma Bank,    c/o Saldutti Law Group,
                 800 Kings Hwy. North, Suite 300,    Cherry Hill, NJ 08034-1511
516603684       Iron Mountain Shared Services,    c/o Tenaglia & Hunt,    395 W Passaic St Ste 205,
                 Rochelle Park, NJ  07662-3016
516821707      +Jewish Federation of South New Jersey,    Jennifer Dubrow Weiss, CEO,    1301 Springdale Road,
                 Cherry Hill, NJ 08003-2763
516821708      +Joseph Sicinski, AVP,    Investors BAnk,    205 N. Washington Avenue,    Dunellen, NJ 08812-1245
516821709      +Lawyers Funding Group, Inc., c/o,    Alan Ziebelman, Esquire,    2 Penn Center, Suite 1700,
                 1500 JF Kennedy Blvd.,    Philadelphia, PA 19102-1710
516863389      +Lawyers Funding Group, LLC,    1500 JFK Blvd., Suite 1030,    Philadelphia, PA 19102-1731,
                 Attn:  Alan Zibelman, Esquire
516603685       MAcy's,    PO BOX 7888-16,    San Francisco, CA  94120
516821710       Macy's,    PO Box 183083,    Columbus, OH 43218-3083
516821711      +Macy's,    PO Box 790040,    Saint Louis, MO 63179-0040
516821712      +Marlin Business Bank,    PO Box 13604,    Philadelphia, PA 19101-3604
516821713      +Merrick Bank,    PO Box 9211,    Old Bethpage, NY 11804-9011
516603687       NJ Division of Taxation,    50 Barrack St,    Trenton, NJ  08608-2006
516849464     +++PFS Financial 1, LLC,    Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,
                 Cherry Hill NJ 08003-3737
516821716      +Paul Granski, VP,    Investors Bank,    101 JFK Parkway,    Short Hills, NJ 07078-2793
516821717       Pitney Bowes,    PO Box 37184,    Pittsburgh, PA 15250-7874
516821718       Presbyterian Hosptial,    Patient Accounts,    591 N. 39th,    Philadelphia, PA 19104
516603688       SOS LLC,    1628 Route 206 Ste C,    Tabernacle, NJ  08088-8724
516821722      +SOS/LLC/Grounds Crew of NJ,    364 Medford Lakes Road,    Medford Lakes, NJ 08088-9159
```

```
District/off: 0312-1            User: admin                  Page 2 of 3                   Date Rcvd: Mar 09, 2018
                                Form ID: 185                 Total Noticed: 82

516730239      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516821719       +Saldutti Law Group,   Rebecca K. McDowell, Esquire,   800 North Kings Highway North,
                 Suite 300,   Cherry Hill, NJ 08034-1511
516821720       +Sandra Keiser,   12 N Fredericksburg Ave,   Ventnor City, NJ 08406-1934
516821721       +Shimberg & Friel, P.C.,   20 Brace Road, Suite 350,   Cherry Hill, NJ 08034-2646
516603691      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota,   Toyota Financial Services.,   PO Box 5855,
                 Carol Stream, IL  60197-5855)
516821723        The Hartford,   PO Box 660916,   Dallas, TX 75266-0916
516821726        Toyota Asset Protection Dept.,   PO Box 2958,   Torrance, CA 90509-2958
516821727       +Toyota Financial Services (Bankr),   PO Box 8026,   Cedar Rapids, IA 52408-8026
516821728       +Toyota Lease Trust,   PO Box 9013,   Addison, TX 75001-9013
516648452       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
516821729        U.P.H.S. PPMC Patient Pay,   PO Box 824314,   Philadelphia, PA 19182-4314
516821730       +Valero (DSRM Bank, N.A.),   PO Box 631,   Amarillo, TX 79105-0631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2018 00:04:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2018 00:04:20     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516603680       E-mail/Text: mrdiscen@discover.com Mar 10 2018 00:03:44     Discover,   Discover Card Services,
                 PO Box 30395,   Salt Lake City, UT  84130-0395
516612425       E-mail/Text: mrdiscen@discover.com Mar 10 2018 00:03:44     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516821698       E-mail/Text: cio.bncmail@irs.gov Mar 10 2018 00:04:02     Department of the Treasury,
                 Bureau of the Fiscal Service,   PO Box 1686,   Birmingham, AL 35201-1686
516603686       E-mail/Text: bkr@cardworks.com Mar 10 2018 00:03:40     Merrick BAnk,
                 Merrick Bank Customer Service,   PO Box 9201,   Old Bethpage, NY  11804-9001
516821715      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2018 00:01:51
                 Ms. Valerie Smith, Esquire, Sr. Mgr.,   Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516863408       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2018 00:01:50
                 Portfolio Recovery Associates, LLC,   c/o Aadvantage Aviator Red,   POB 41067,
                 Norfolk VA 23541
516863410       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2018 00:22:09
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
516653021      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2018 00:01:46     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516603689       E-mail/Text: bankruptcy@td.com Mar 10 2018 00:04:27     TD Bank,   TD Bank, N.A. ME2-001-033,
                 PO Box 1190,   Lewiston, ME  04243-1190
516821725      +E-mail/Text: pcapasso@medfordtownship.com Mar 10 2018 00:04:54     Township of Medford,
                 Tax Collector’s Office,   17 N. Main Street,   Attn: Patricia Capasso, Tax Collector,
                 Medford, NJ 08055-2411
516603690       E-mail/Text: pcapasso@medfordtownship.com Mar 10 2018 00:04:54     Township of Medford,
                 17 N Main St,   Medford, NJ  08055-2411
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516821714        Michael Ferrara
516821685*       American Express Centurion Bank,   c/o Becket & Lee LLP,   PO Box 3001,
                 Malvern, PA 19355-0701
516821693*       CitiMortgage,   PO Box 9001067,   Louisville, KY 40290-1067
516821696*       Department of the Treasury,   Internal Revenue Service,   PO Box 8208,
                 Philadelphia, PA 19101-8208
516821699*       Discover Bank,   Discover Products Inc.,   PO Box 3025,   New Albany, OH 43054-3025
516821697*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury,   Internal Revenue Service,
                 Cincinnati, OH 45999-0030)
516821704*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
516938662*       Internal Revenue Service,   P.O. Box 7317,   Philadelphia PA 19101-7317
516603682*       Internal Revenue Service,   PO Box 8208,   Philadelphia, PA 19101-8208
516821705*       Internal Revenue Service,   Bankruptcy Specialist,   PO Box 7346,   Philadelphia, PA 19101-7346
516821706*      +Investors Bank,   101 Wood Avenue S,   Iselin, NJ 08830-2750
516821724*       Township of Medford,   17 N. Main Street,   Medford, NJ 08055-2411
                                                                                              TOTALS: 1, * 11, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Mar 09, 2018
                              Form ID: 185             Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
```
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
               rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
              E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. james.shay@phelanhallinan.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 12
```