UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. RICHARD DRESSEL, ESQ. (ED 1793)

FLASTER/GREENBERG P.C.

1810 Chapel Avenue West

Cherry Hill, NJ 08002-4609

(856) 661-2280

Attorneys for Debtor, Jeffrey M. Keiser

In Re:

JEFFREY M. KEISER,
         Debtor.

Order Filed on June 7, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-11270(JNP)

Chapter:  13

Judge:  Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 7, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Flaster/Greenberg PC_____, the applicant, is allowed a fee of $ _____22,808.50_____ for services rendered and expenses in the amount of $_____437.75_____ for a total of $_____23,346.25_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____4,182_____ per month for _____44_____ months to allow for payment of the above fee.

*rev.8/1/15*