|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for Debtor, Jeffrey M. Keiser, Debtor | **Order Filed on August 28, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JEFFREY M. KEISER,<br><br>                Debtor. | Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter 13<br><br>Case No.:  17-11270(JNP)<br><br>Hearing Date: August 28, 2018<br>                    @ 10:00 a.m. |

## ORDER ALLOWING CLAIM OF ARDEC CAPITAL SOLUTIONS CORP.

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 28, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     JEFFREY M. KEISER,
Case No.:   17-11270(JNP)
Caption:    <u>ORDER MODIFYING CLAIM OF ARDEC CAPITAL SOLUTIONS CORP.</u>

Upon consideration of the Motion of Jeffrey M. Keiser ("Debtor") to Modify Claim of Ardec Capital Solutions Corp. included as a secured claim in Schedule D to Debtor's Petition, and after consideration of the submission(s) and arguments(s) of counsel, and after notice and hearing, and for good cause shown, it is hereby

**ORDERED** that the Motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that the Claim of Ardec Capital Solutions Corp. set forth in Debtor's Schedule D shall be, and hereby is, modified and allowed in the amount of $47,582.48 as an Allowed Secured Claim for purposes of distributions pursuant to Debtor's Chapter 13 Plan confirmed by this Court on April 20, 2018.

6789317 v1