|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for Debtor, Jeffrey M. Keiser, Debtor | Order Filed on August 28, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JEFFREY M. KEISER,<br><br>                Debtor. | Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter 13<br><br>Case No.: 17-11270(JNP)<br><br>Hearing Date: August 28, 2018<br>               @ 10:00 a.m. |

### ORDER ALLOWING CLAIM OF ARDEC CAPITAL SOLUTIONS CORP.

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 28, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:     JEFFREY M. KEISER,
Case No.:   17-11270(JNP)
Caption:    <u>ORDER MODIFYING CLAIM OF ARDEC CAPITAL SOLUTIONS CORP.</u>

Upon consideration of the Motion of Jeffrey M. Keiser ("Debtor") to Modify Claim of Ardec Capital Solutions Corp. included as a secured claim in Schedule D to Debtor's Petition, and after consideration of the submission(s) and arguments(s) of counsel, and after notice and hearing, and for good cause shown, it is hereby

**ORDERED** that the Motion shall be, and hereby is, GRANTED; and it is further

**ORDERED** that the Claim of Ardec Capital Solutions Corp. set forth in Debtor's Schedule D shall be, and hereby is, modified and allowed in the amount of $47,582.48 as an Allowed Secured Claim for purposes of distributions pursuant to Debtor's Chapter 13 Plan confirmed by this Court on April 20, 2018.

6789317 v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-11270-JNP
Jeffrey M. Keiser                                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1                Date Rcvd: Aug 28, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db            Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ   08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
               rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
              E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                 TOTAL: 11