| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>E. RICHARD DRESSEL, ESQUIRE (ED 1793)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for Debtor, Jeffrey M. Keiser | **Order Filed on April 23, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:

JEFFREY M. KEISER,

    Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.:    17-11270(JNP)

Hearing Date:    April 23, 2019
    @ 10:00 a.m.

# AMENDED ORDER ALLOWING SUSPENSION
# OF CHAPTER 13 PAYMENTS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 23, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(**Page 2**)

| | |
|---|---|
| Debtor: | JEFFREY M. KEISER |
| Case No.: | 17-11270(JNP) |
| Caption: | AMENDED ORDER ALLOWING SUSPENSION OF CHAPTER 13 PAYMENTS |

**THIS MATTER**, having come before the Court upon the Debtor's Motion to Suspend Chapter 13 Payments (the "Motion"), by and through his attorneys, Flaster/Greenberg P.C. appearing, and the moving papers being duly served upon all interested parties in accordance with the rules of this Court; and it appearing that cause exists for the suspension of Chapter 13 Plan payments and for good cause appearing;

IT IS hereby ORDERED as follows:

1. The Debtor's Chapter 13 Plan payments are suspended for a period of four (4) months, for February 2019 through May 2019;

2. It is hereby agreed that the Debtor shall resume regular monthly Trustee payments effective June 2019 and continuing monthly thereafter until case completion; and

3. The Debtor shall execute and file a Modified Chapter 13 Plan which addresses the lapse in payments and amortizes same over the remainder of Debtor's Plan on or before April 30, 2019.