UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
E. RICHARD DRESSEL, ESQUIRE (ED 1793)
FLASTER/GREENBERG P.C.
Commerce Center
1810 West Chapel Avenue
Cherry Hill, NJ 08002-4609
Attorneys for Debtor, Jeffrey M. Keiser

**Order Filed on April 23, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

JEFFREY M. KEISER,

         Debtor.

Honorable Jerrold N. Poslusny, Jr.

Chapter 13

Case No.:      17-11270(JNP)

Hearing Date:   April 23, 2019
              @ 10:00 a.m.

## AMENDED ORDER ALLOWING SUSPENSION
## OF CHAPTER 13 PAYMENTS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 23, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(**Page 2**)

| | |
|---|---|
| Debtor: | JEFFREY M. KEISER |
| Case No.: | 17-11270(JNP) |
| Caption: | AMENDED ORDER ALLOWING SUSPENSION |
| | OF CHAPTER 13 PAYMENTS |

**THIS MATTER**, having come before the Court upon the Debtor's Motion to Suspend Chapter 13 Payments (the "Motion"), by and through his attorneys, Flaster/Greenberg P.C. appearing, and the moving papers being duly served upon all interested parties in accordance with the rules of this Court; and it appearing that cause exists for the suspension of Chapter 13 Plan payments and for good cause appearing;

IT IS hereby ORDERED as follows:

1.    The Debtor's Chapter 13 Plan payments are suspended for a period of four (4) months, for February 2019 through May 2019;

2.    It is hereby agreed that the Debtor shall resume regular monthly Trustee payments effective June 2019 and continuing monthly thereafter until case completion; and

3.    The Debtor shall execute and file a Modified Chapter 13 Plan which addresses the lapse in payments and amortizes same over the remainder of Debtor's Plan on or before April 30, 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-11270-JNP
Jeffrey M. Keiser                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Apr 23, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db              Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ  08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
           btemple@hgllclaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
           rick.dressel@flastergreenberg.com,    erika.letteri@ecf.inforuptcy.com
          E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
           erika.letteri@ecf.inforuptcy.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. jpshay@mdwcg.com,
           jpshay@gmail.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
          Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                              TOTAL: 12