**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Jeffrey M. Keiser**

Debtor(s)

Case No.: **17-11270**
Judge: **Jerrold N. Poslusny**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
Date: **April 29, 2019**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **ERD**        Initial Debtor:  **JMK**        Initial Co-Debtor

## Part 1: Payment and Length of Plan

a. The debtor shall pay **4,799.37 Monthly** to the Chapter 13 Trustee, starting on **June 1, 2019** for approximately **0** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
  ☑ Future Earnings
  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
  ☑ Sale of real property
  Description:
  Proposed date for completion:  **Sale of 63 Woodthrush Trail, Medford, NJ; sale approved by Order of this Court dated 10/10/17 (Docket Entry No. 101); sale closed 2/8/18. and satisfied secured claims of PFS Financial 1, LLC (tax sale certificate), Medford Tax Collector; Investors Bank first mortgage and Investors Bank second mortgage (partial).**

  ☐ Refinance of real property:
  Description:
  Proposed date for completion:

  ☑ Loan modification with respect to mortgage encumbering property:
  Description: **CitiMortgage first mortgage against 12 N., Fredericksburg Avenue, Ventnor City, NJ 08406-1934; Mortgage Modification approved by Order of this Court dated August 25, 2017 (Docket Entry No. 84)**
  Proposed date for completion:  **completed/approved**

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          **X** NONE

a. Adequate protection payments will be made in the amount of $ **N/A** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to **N/A** (creditor).

b. Adequate protection payments will be made in the amount of $ **N/A** to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: **N/A** (creditor).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Chapter 13 Standing Trustee** | **Administrative** | **As allowed by Statute** |
| **Flaster/Greenberg, PC** | **Adminstrative  (subject to court approval)** | **20,000.00** |
| **Internal Revenue Service** | **Priority claims (11 U.S.C. Section 507(a)(8)** | **21,834.00** |
| **State of New Jersey, Division of Taxation Bankruptcy Unit** | **Priority claims (11 U.S.C. Section 507(a)(8)** | **888.00** |
| **Denise Cardon, Esquire KML Law Group,  PC** | **Administrative Claim Consent Order dated September 5, 2017 (Docket Entry No. 89)** | **531.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
Priority claims (11 U.S.C. Section 507(a)(8)  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

3

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|   |   |   |   |

**f. Secured Claims Unaffected by the Plan** ☑ **NONE**

The following secured claims are unaffected by the Plan:
Creditor:   CitiMortgage (will continue to be paid pursuant to Court-approved mortgage modification agreement).

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **Investors Bank** | 12 N. Frederick Ave. Ventnor, NJ 08046-1934 (second mortgage) | 41,359.00 |
| **Ardec Capital Solutions** | Practice Assets (A/R) | 53,000.00 |
| **Lawyers Funding Group, LLC** | Practice Assets (A/R) (Consent ORder dated 7/12/17) | 34,000.00 |
| **Internal Revenue Service (POC #4-5)** | Federal Tax Lien | 2,175.00 |

**Part 5: Unsecured Claims** ☐ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

        ☐ Not less than $____ to be distributed *pro rata*

        ☐ Not less than ___ percent

        ☑ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6: Executory Contracts and Unexpired Leases** ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7: Motions** ☒ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

5

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   - [✓] Upon Confirmation
   - [ ] Upon Discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims as Allowed**
3) **Secured Claims as Allowed**
4) **Priority Claims as Allowed**
5) **General Unsecured Claims as Allowed**
6) _____

d. **Post-Petition Claims**

The Standing Trustee [ ] is, [✓] is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being amended as a result of the Order Allowing Suspension of Chapter 13 Plan Payments dated April 23, 2019. | The Plan is being amended to amortize the suspended payment for February 2019 through May 2019 ($8,160.90 arrears through March 2019, April 2019 and May 2019. Plan payments of $4,244.38 each) over the remaining thirty (30) months of the Plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    [ ] Yes    [✓] No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
- [✓] NONE
- [ ] Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

| | | |
|---|---|---|
| Date: | **April 29, 2019** | **/s/ Jeffrey M. Keiser** |
| | | **Jeffrey M. Keiser** |
| | | Debtor |
| Date: | | |
| | | Joint Debtor |
| Date | **April 29, 2019** | **/s/ E. Richard Dressel** |
| | | **E. Richard Dressel** |
| | | Attorney for the Debtor(s) |

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-11270-JNP
Jeffrey M. Keiser                                              Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Apr 30, 2019
                              Form ID: pdf901             Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db             Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ 08406-1934
aty           +Flaster/Greenberg PC,    1810 W. Chapel Avenue,    1810,   Cherry Hill, NJ 08002-4606
cr            +Investors Bank,    c/o Robert L Saldutti, Esquire,    Saldutti Law Group,    800 N Kings Highway,
                Suite 300,    Cherry Hill, NJ 08034-1511
cr           ++PROPEL FINANCIAL SERVICES,    PO BOX 100350,   SAN ANTONIO TX 78201-1650
               (address filed with court: PFS Financial 1, LLC,    7990 IH 10 West,    Suite 200,
                San Antonio, TX   78230)
r             +Weichert Realtors,    107 Taunton Blvd.,   Medford, NJ 08055-3475
516821682     +41 Grove Street Building, LLC,    41 Grove Street,    Haddonfield, NJ 08033-1200
516821683      American Express,    PO Box 1270,   Attn: Barbara Rietbers, Esq.,    Newark, NJ 07101-1270
516821684      American Express (Gold),    PO Box 1270,   Attn: Barbara Rietbers, Esq.,
                Newark, NJ 07101-1270
516657993      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516647872      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516603670      Amex,    PO Box 650448,   Dallas, TX 75265-0448
516821686     +Ardec Capital Solutions Corp., c/o,    James J. Brady,    9 Glenn Head Road,
                Glen Head, NY 11545-1412
516821687      Aviator Mastercard,    Card Services,   PO Box 8802,    Wilmington, DE 19899-8802
516603671      BAnk of America,    Bank of America,   PO Box 15019,    Wilmington, DE 19850-5019
516603672      Barclays BAnk of Delaware,    100 S West St,   Wilmington, DE 19801-5015
516821688      Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
516603673      Brooks Brothers CBNA,    PO Box 6403,   Sioux Falls, SD 57117-6403
516603674      CBNA,    Citibank Customer Service,    PO Box 65006,    Sioux Falls, SD   57117
516700715      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
516821695      CW Nexus Credit Card Holdings, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
516603675      Chase,    Cardmember Services,    PO Box 94014,   Palatine, IL   60094-4014
516821689      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516821690      Chase Sapphire,    PO Box 15298,    Wilmington, DE 19850-5298
516821691      Citco (Synchrony Bank),    PO Box 965003,   Orlando, FL 32896-5003
516603676      Citgo,    CITGO Petroleum Corporation,    PO Box 4689,    Houston, TX   77210-4689
516603677      Citi,    AT&T Universal Card,,    PO Box 9001037,   Louisville, KY 40290-1037
516821694      CitiMortgage,    PO Box 79005,   Saint Louis, MO 63195-6319
516821692      Citicard,    PO Box 9001037,   Louisville, KY 40290-1037
516603678      Citimortgage,    PO Box 9001067,    Louisville, KY   40290-1067
516745989      Citimortgage, Inc.,    P O Box 6030,   Sioux Falls, SD 57117-6030
516603679      Comcast,    PO Box 1259,    Oaks, PA 19456-1259
516829710      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
516821700     +Edward Hanratty, Esquire,    1 West Main Street,    Freehold, NJ 07728-2209
516603681      Euclid Ave Equitie,    76 E Euclid Ave Fl 2,   Haddonfield, NJ   08033-2330
516821701     +Euclid Avenue Equities,    76 Euclid Avenue,   Haddonfield, NJ 08033-2330
516879033     +Euclid Avenue Euities,    Barbara E. Riefberg, Esq,    Shimberg & Friel, PC,
                20 Brace Road, Suite 350,    Cherry Hill, NJ 08034-2646
516821702     +Home Depot/Citi,    PO Box 790040,   Saint Louis, MO 63179-0040
516821703     +Honig & Greenberg, LLC,    1949 Berlin Road, #200,    Cherry Hill, NJ 08003-2077
516603683     +Investors Bank,    101 Wood Ave S,   Iselin, NJ 08830-2750
516635966     +Investors Bank, Successor by Merger to Roma Bank,    c/o Saldutti Law Group,
                800 Kings Hwy. North, Suite 300,    Cherry Hill, NJ 08034-1511
516603684      Iron Mountain Shared Services,    c/o Tenaglia & Hunt,    395 W Passaic St Ste 205,
                Rochelle Park, NJ   07662-3016
516821707     +Jewish Federation of South New Jersey,    Jennifer Dubrow Weiss, CEO,    1301 Springdale Road,
                Cherry Hill, NJ 08003-2763
516821708     +Joseph Sicinski, AVP,    Investors BAnk,    205 N. Washington Avenue,    Dunellen, NJ 08812-1245
516821709     +Lawyers Funding Group, Inc., c/o,    Alan Ziebelman, Esquire,    2 Penn Center, Suite 1700,
                1500 JF Kennedy Blvd.,    Philadelphia, PA 19102-1710
516863389     +Lawyers Funding Group, LLC,    1500 JFK Blvd., Suite 1030,    Philadelphia, PA 19102-1731,
                Attn: Alan Zibelman, Esquire
516603685      MAcy's,    PO BOX 7888-16,    San Francisco, CA  94120
516821710      Macy's,    PO Box 183083,   Columbus, OH 43218-3083
516821711     +Macy's,    PO Box 790040,   Saint Louis, MO 63179-0040
516821712     +Marlin Business Bank,    PO Box 13604,   Philadelphia, PA 19101-3604
516821713     +Merrick Bank,    PO Box 9211,   Old Bethpage, NY 11804-9011
516603687      NJ Division of Taxation,    50 Barrack St,   Trenton, NJ 08608-2006
516849464    +++PFS Financial 1, LLC,    Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,
                Cherry Hill, NJ 08003-2077
516821716     +Paul Granski, VP,    Investors Bank,    101 JFK Parkway,    Short Hills, NJ 07078-2793
516821717      Pitney Bowes,    PO Box 37184,    Pittsburgh, PA 15250-7874
516821718      Presbyterian Hosptial,    Patient Accounts,    591 N. 39th,    Philadelphia, PA 19104
516603688     +SOS LLC,    1628 Route 206 Ste C,   Tabernacle, NJ 08088-8735
516821722     +SOS/LLC/Grounds Crew of NJ,    364 Medford Lakes Road,    Medford Lakes, NJ 08088-9159
```

```
District/off: 0312-1           User: admin              Page 2 of 3                 Date Rcvd: Apr 30, 2019
                               Form ID: pdf901          Total Noticed: 82


516730239       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516821719        +Saldutti Law Group,    Rebecca K. McDowell, Esquire,    800 North Kings Highway North,
                  Suite 300,    Cherry Hill, NJ 08034-1511
516821720        +Sandra Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ 08406-1934
516821721        +Shimberg & Friel, P.C.,    20 Brace Road, Suite 350,    Cherry Hill, NJ 08034-2646
516603691       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:   Toyota,    Toyota Financial Services.,    PO Box 5855,
                  Carol Stream, IL  60197-5855)
516821723         The Hartford,    PO Box 660916,    Dallas, TX 75266-0916
516821726         Toyota Asset Protection Dept.,    PO Box 2958,    Torrance, CA 90509-2958
516821727        +Toyota Financial Services (Bankr),    PO Box 8026,    Cedar Rapids, IA 52408-8026
516821728        +Toyota Lease Trust,    PO Box 9013,    Addison, TX 75001-9013
516648452        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
516821729         U.P.H.S. PPMC Patient Pay,    PO Box 824314,    Philadelphia, PA 19182-4314
516821730        +Valero (DSRM Bank, N.A.),    PO Box 631,    Amarillo, TX 79105-0631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 23:59:32     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 23:59:28      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516603680        E-mail/Text: mrdiscen@discover.com Apr 30 2019 23:58:21     Discover,    Discover Card Services,
                  PO Box 30395,    Salt Lake City, UT  84130-0395
516612425        E-mail/Text: mrdiscen@discover.com Apr 30 2019 23:58:21     Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516821698        E-mail/Text: cio.bncmail@irs.gov Apr 30 2019 23:58:50     Department of the Treasury,
                  Bureau of the Fiscal Service,    PO Box 1686,    Birmingham, AL 35201-1686
516603686        E-mail/Text: bkr@cardworks.com Apr 30 2019 23:58:02     Merrick BAnk,
                  Merrick Bank Customer Service,    PO Box 9201,    Old Bethpage, NY  11804-9001
516821715       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 23:55:42
                  Ms. Valerie Smith, Esquire, Sr. Mgr.,    Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516863408        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 23:56:12
                  Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Red,    POB 41067,
                  Norfolk VA 23541
516863410        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 00:17:33
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                  Norfolk VA 23541
516653021       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 23:55:35     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516603689        E-mail/Text: bankruptcy@td.com Apr 30 2019 23:59:34     TD Bank,    TD Bank, N.A. ME2-001-033,
                  PO Box 1190,    Lewiston, ME  04243-1190
516821725       +E-mail/Text: pcapasso@medfordtownship.com May 01 2019 00:00:02      Township of Medford,
                  Tax Collector’s Office,    17 N. Main Street,    Attn: Patricia Capasso, Tax Collector,
                  Medford, NJ 08055-2411
516603690        E-mail/Text: pcapasso@medfordtownship.com May 01 2019 00:00:02      Township of Medford,
                  17 N Main St,    Medford, NJ  08055-2411
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516821714        Michael Ferrara
516821685*       American Express Centurion Bank,    c/o Becket & Lee LLP,    PO Box 3001,
                  Malvern, PA 19355-0701
516821693*       CitiMortgage,    PO Box 9001067,    Louisville, KY 40290-1067
516821696*       Department of the Treasury,    Internal Revenue Service,    PO Box 8208,
                  Philadelphia, PA 19101-8208
516821699*       Discover Bank,    Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
516821697*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Department of the Treasury,    Internal Revenue Service,
                  Cincinnati, OH 45999-0030)
516821704*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516938662*       Internal Revenue Service,    P.O. Box 7317,    Philadelphia PA 19101-7317
516603682*       Internal Revenue Service,    PO Box 8208,    Philadelphia, PA 19101-8208
516821705*       Internal Revenue Service,    Bankruptcy Specialist,    PO Box 7346,    Philadelphia, PA 19101-7346
516821706*      +Investors Bank,    101 Wood Avenue S,    Iselin, NJ 08830-2750
516821724*       Township of Medford,    17 N. Main Street,    Medford, NJ 08055-2411
                                                                                               TOTALS: 1, * 11, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                  Page 3 of 3                  Date Rcvd: Apr 30, 2019
                              Form ID: pdf901              Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:

```
          Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
           btemple@hgllclaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
           rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
          E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
           erika.letteri@ecf.inforuptcy.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. jpshay@mdwcg.com,
           jpshay@gmail.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
          Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 12
```