UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

E. RICHARD DRESSEL, ESQ. (ED 1793)

FLASTER/GREENBERG P.C.

1810 Chapel Avenue West

Cherry Hill, NJ 08002-4609

(856) 661-2280

Attorneys for Debtor, Jeffrey M. Keiser

Order Filed on June 14, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY M. KEISER,
     Debtor.

Case No.:  17-11270(JNP)

Chapter:  13

Judge:  Poslusny

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 14, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Flaster/Greenberg PC_____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____800_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____4,400_____ per month for thirty-one (31) months to allow for payment of the above fee.

*rev.8/1/15*