Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17–11270–JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey M. Keiser
   12 N Fredericksburg Ave
   Ventnor City, NJ 08406–1934

Social Security No.:
   xxx–xx–8954

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               August 16, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*161* – Certification in Opposition to Chapter 13 Standing Trustee's Certification of Default (related document:160 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/25/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by E. Richard Dressel on behalf of Jeffrey M. Keiser. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Dressel, E.) Modified on 7/24/2019 TO CLARIFY TEXT – CHAPTER 13 STANDING TRUSTEE, NOT CHAPTER 11. (jpl)

and transact such other business as may properly come before the meeting.

Dated: July 24, 2019
JAN: jpl

                                                                      Jeanne Naughton
                                                                      Clerk