Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–11270–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey M. Keiser
   12 N Fredericksburg Ave
   Ventnor City, NJ 08406–1934

Social Security No.:
   xxx–xx–8954

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                     August 16, 2019
Time:                       10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*161* – Certification in Opposition to Chapter 13 Standing Trustee's Certification of Default (related document:160 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/25/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by E. Richard Dressel on behalf of Jeffrey M. Keiser. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Dressel, E.) Modified on 7/24/2019 TO CLARIFY TEXT – CHAPTER 13 STANDING TRUSTEE, NOT CHAPTER 11. (jpl)

and transact such other business as may properly come before the meeting.

Dated: July 24, 2019
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                        Case No. 17-11270-JNP
Jeffrey M. Keiser                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jul 24, 2019
                              Form ID: 173         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             Jeffrey M. Keiser,   12 N Fredericksburg Ave,   Ventnor City, NJ  08406-1934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
          Adam D. Greenberg    on behalf of Creditor   PFS Financial 1, LLC agreenberg@hgllclaw.com,
          btemple@hgllclaw.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          E. Richard Dressel   on behalf of Attorney   Flaster/Greenberg PC
          rick.dressel@flastergreenberg.com,  erika.letteri@ecf.inforuptcy.com
          E. Richard Dressel   on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
          erika.letteri@ecf.inforuptcy.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          James Patrick Shay   on behalf of Creditor   CitiMortgage, Inc. jpshay@mdwcg.com,
          jpshay@gmail.com
          Jennifer R. Gorchow   on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Nicholas V. Rogers   on behalf of Creditor   CitiMortgage, Inc. nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          Rebecca K. McDowell   on behalf of Creditor   Investors Bank rmcdowell@slgcollect.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                              TOTAL: 13