Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−11270−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Jeffrey M. Keiser
 12 N Fredericksburg Ave
 Ventnor City, NJ 08406−1934

Social Security No.:
 xxx−xx−8954

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 3, 2019
JAN: kvr

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-11270-JNP
Jeffrey M. Keiser  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3  Date Rcvd: Sep 04, 2019
                        Form ID: 148  Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db             Jeffrey M. Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ 08406-1934
aty           +Flaster/Greenberg PC,    1810 W. Chapel Avenue,    1810,    Cherry Hill, NJ 08002-4606
cr            +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                Philadelphia, PA 19103-1814
cr            +Investors Bank,    c/o Robert L Saldutti, Esquire,    Saldutti Law Group,    800 N Kings Highway,
                Suite 300,    Cherry Hill, NJ 08034-1511
cr           ++PROPEL FINANCIAL SERVICES,    PO BOX 100350,    SAN ANTONIO TX 78201-1650
               (address filed with court: PFS Financial 1, LLC,    7990 IH 10 West,    Suite 200,
                San Antonio, TX  78230)
r             +Weichert Realtors,    107 Taunton Blvd.,    Medford, NJ 08055-3475
516821682     +41 Grove Street Building, LLC,    41 Grove Street,    Haddonfield, NJ 08033-1200
516821686    #+Ardec Capital Solutions Corp., c/o,    James J. Brady,    9 Glenn Head Road,
                Glen Head, NY 11545-1412
516821687      Aviator Mastercard,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
516603673      Brooks Brothers CBNA,    PO Box 6403,    Sioux Falls, SD  57117-6403
516603674      CBNA,    Citibank Customer Service,    PO Box 65006,    Sioux Falls, SD  57117
516700715      CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
516821695      CW Nexus Credit Card Holdings, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
516821691      Citco (Synchrony Bank),    PO Box 965003,    Orlando, FL 32896-5003
516603676      Citgo,    CITGO Petroleum Corporation,    PO Box 4689,    Houston, TX  77210-4689
516603677      Citi,    AT&T Universal Card,,    PO Box 9001037,    Louisville, KY  40290-1037
516821694      CitiMortgage,    PO Box 79005,    Saint Louis, MO 63195-6319
516821692      Citicard,    PO Box 9001037,    Louisville, KY 40290-1037
516603678      Citimortgage,    PO Box 9001067,    Louisville, KY  40290-1067
516745989     +Citimortgage, Inc.,    c/o Cenlar. FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
516603679      Comcast,    PO Box 1259,    Oaks, PA  19456-1259
516829710      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA  98083-0657
516821700     +Edward Hanratty, Esquire,    1 West Main Street,    Freehold, NJ 07728-2209
516603681      Euclid Ave Equitie,    76 E Euclid Ave Fl 2,    Haddonfield, NJ  08033-2330
516821701     +Euclid Avenue Equities,    76 Euclid Avenue,    Haddonfield, NJ 08033-2330
516879033     +Euclid Avenue Euities,    Barbara E. Riefberg, Esq,    Shimberg & Friel, PC,
                20 Brace Road, Suite 350,    Cherry Hill, NJ 08034-2646
516821702     +Home Depot/Citi,    PO Box 790040,    Saint Louis, MO 63179-0040
516821703     +Honig & Greenberg, LLC,    1949 Berlin Road, #200,    Cherry Hill, NJ 08003-2077
516603683     +Investors Bank,    101 Wood Ave S,    Iselin, NJ 08830-2750
516635966     +Investors Bank, Successor by Merger to Roma Bank,    c/o Saldutti Law Group,
                800 Kings Hwy. North, Suite 300,    Cherry Hill, NJ 08034-1511
516603684      Iron Mountain Shared Services,    c/o Tenaglia & Hunt,    395 W Passaic St Ste 205,
                Rochelle Park, NJ  07662-3016
516821707     +Jewish Federation of South New Jersey,    Jennifer Dubrow Weiss, CEO,    1301 Springdale Road,
                Cherry Hill, NJ 08003-2763
516821708     +Joseph Sicinski, AVP,    Investors BAnk,    205 N. Washington Avenue,    Dunellen, NJ 08812-1245
516821709     +Lawyers Funding Group, Inc., c/o,    Alan Ziebelman, Esquire,    2 Penn Center, Suite 1700,
                1500 JF Kennedy Blvd.,    Philadelphia, PA 19102-1710
516863389     +Lawyers Funding Group, LLC,    1500 JFK Blvd., Suite 1030,    Philadelphia, PA 19102-1731,
                Attn: Alan Zibelman, Esquire
516603685      MAcy’s,    PO BOX 7888-16,    San Francisco, CA  94120
516821711     +Macy’s,    PO Box 790040,    Saint Louis, MO 63179-0040
516821712     +Marlin Business Bank,    PO Box 13604,    Philadelphia, PA 19101-3604
516821713     +Merrick Bank,    PO Box 9211,    Old Bethpage, NY 11804-9011
516603687      NJ Division of Taxation,    50 Barrack St,    Trenton, NJ  08608-2006
516849464    +++PFS Financial 1, LLC,    Honig & Greenberg, LLC,    1949 Berlin Road, Suite 200,
                Cherry Hill NJ 08003-2077
516821716     +Paul Granski, VP,    Investors Bank,    101 JFK Parkway,    Short Hills, NJ 07078-2793
516821717      Pitney Bowes,    PO Box 37184,    Pittsburgh, PA 15250-7874
516821718      Presbyterian Hosptial,    Patient Accounts,    591 N. 39th,    Philadelphia, PA 19104
516603688     +SOS LLC,    1628 Route 206 Ste C,    Tabernacle, NJ 08088-8735
516821722     +SOS/LLC/Grounds Crew of NJ,    364 Medford Lakes Road,    Medford Lakes, NJ 08088-9159
516730239    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516821719     +Saldutti Law Group,    Rebecca K. McDowell, Esquire,    800 North Kings Highway North,
                Suite 300,    Cherry Hill, NJ 08034-1511
516821720     +Sandra Keiser,    12 N Fredericksburg Ave,    Ventnor City, NJ 08406-1934
516821721     +Shimberg & Friel, P.C.,    20 Brace Road, Suite 350,    Cherry Hill, NJ 08034-2646
516821723      The Hartford,    PO Box 660916,    Dallas, TX 75266-0916
516821728     +Toyota Lease Trust,    PO Box 9013,    Addison, TX 75001-9013
516648452     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
516821729      U.P.H.S. PPMC Patient Pay,    PO Box 824314,    Philadelphia, PA 19182-4314
```

```
District/off: 0312-1           User: admin              Page 2 of 3                  Date Rcvd: Sep 04, 2019
                               Form ID: 148             Total Noticed: 83


516821730         +Valero (DSRM Bank, N.A.),    PO Box 631,     Amarillo, TX 79105-0631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:25     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 23:41:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516821683        EDI: AMEREXPR.COM Sep 05 2019 03:13:00      American Express,    PO Box 1270,
                 Attn:  Barbara Rietbers, Esq.,    Newark, NJ 07101-1270
516821684        EDI: AMEREXPR.COM Sep 05 2019 03:13:00      American Express (Gold),    PO Box 1270,
                 Attn:  Barbara Rietbers, Esq.,    Newark, NJ 07101-1270
516657993        EDI: BECKLEE.COM Sep 05 2019 03:13:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516647872        EDI: BECKLEE.COM Sep 05 2019 03:13:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516603670        EDI: AMEREXPR.COM Sep 05 2019 03:13:00      Amex,   PO Box 650448,    Dallas, TX 75265-0448
516603671        EDI: BANKAMER.COM Sep 05 2019 03:13:00      BAnk of America,    Bank of America,   PO Box 15019,
                 Wilmington, DE 19850-5019
516603672        EDI: TSYS2.COM Sep 05 2019 03:13:00      Barclays BAnk of Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
516821688        EDI: BL-BECKET.COM Sep 05 2019 03:13:00      Becket & Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
516603675        EDI: CHASE.COM Sep 05 2019 03:13:00      Chase,    Cardmember Services,   PO Box 94014,
                 Palatine, IL 60094-4014
516821689        EDI: CHASE.COM Sep 05 2019 03:13:00      Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
516821690        EDI: CHASE.COM Sep 05 2019 03:13:00      Chase Sapphire,    PO Box 15298,
                 Wilmington, DE 19850-5298
516603680        EDI: DISCOVER.COM Sep 05 2019 03:13:00      Discover,    Discover Card Services,   PO Box 30395,
                 Salt Lake City, UT 84130-0395
516612425        EDI: DISCOVER.COM Sep 05 2019 03:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516821698        EDI: IRS.COM Sep 05 2019 03:13:00      Department of the Treasury,
                 Bureau of the Fiscal Service,    PO Box 1686,   Birmingham, AL 35201-1686
516821710        EDI: TSYS2.COM Sep 05 2019 03:13:00      Macy’s,    PO Box 183083,   Columbus, OH 43218-3083
516603686        EDI: MERRICKBANK.COM Sep 05 2019 03:13:00      Merrick BAnk,    Merrick Bank Customer Service,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
516821715       +EDI: PRA.COM Sep 05 2019 03:13:00      Ms. Valerie Smith, Esquire, Sr. Mgr.,    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516863408        EDI: PRA.COM Sep 05 2019 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Aadvantage Aviator Red,    POB 41067,    Norfolk VA 23541
516863410        EDI: PRA.COM Sep 05 2019 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
516653021       +EDI: RMSC.COM Sep 05 2019 03:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516603689        EDI: TDBANKNORTH.COM Sep 05 2019 03:13:00      TD Bank,    TD Bank, N.A. ME2-001-033,
                 PO Box 1190,    Lewiston, ME 04243-1190
516603691        EDI: TFSR.COM Sep 05 2019 03:13:00      Toyota,    Toyota Financial Services.,   PO Box 5855,
                 Carol Stream, IL 60197-5855
516821725       +E-mail/Text: pcapasso@medfordtownship.com Sep 04 2019 23:41:53     Township of Medford,
                 Tax Collector’s Office,    17 N. Main Street,    Attn: Patricia Capasso, Tax Collector,
                 Medford, NJ 08055-2411
516603690        E-mail/Text: pcapasso@medfordtownship.com Sep 04 2019 23:41:53     Township of Medford,
                 17 N Main St,    Medford, NJ 08055-2411
516821726        EDI: TFSR.COM Sep 05 2019 03:13:00      Toyota Asset Protection Dept.,    PO Box 2958,
                 Torrance, CA 90509-2958
516821727       +EDI: TFSR.COM Sep 05 2019 03:13:00      Toyota Financial Services (Bankr),    PO Box 8026,
                 Cedar Rapids, IA 52408-8026
                                                                                               TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516821714         Michael Ferrara
516821685*        American Express Centurion Bank,    c/o Becket & Lee LLP,    PO Box 3001,
                  Malvern, PA 19355-0701
516821693*        CitiMortgage,    PO Box 9001067,   Louisville, KY 40290-1067
516821696*        Department of the Treasury,    Internal Revenue Service,    PO Box 8208,
                  Philadelphia, PA 19101-8208
516821699*        Discover Bank,    Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
516821697*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Department of the Treasury,     Internal Revenue Service,
                  Cincinnati, OH 45999-0030)
516821704*        Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516938662*        Internal Revenue Service,    P.O. Box 7317,   Philadelphia PA 19101-7317
516603682*        Internal Revenue Service,    PO Box 8208,   Philadelphia, PA 19101-8208
516821705*        Internal Revenue Service,    Bankruptcy Specialist,    PO Box 7346,   Philadelphia, PA 19101-7346
516821706*       +Investors Bank,    101 Wood Avenue S,   Iselin, NJ 08830-2750
516821724*        Township of Medford,    17 N. Main Street,   Medford, NJ 08055-2411
                                                                                  TOTALS: 1, * 11, ## 0
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Sep 04, 2019
                              Form ID: 148             Total Noticed: 83
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
```
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              E. Richard Dressel    on behalf of Attorney    Flaster/Greenberg PC
               rick.dressel@flastergreenberg.com, erika.letteri@ecf.inforuptcy.com
              E. Richard Dressel    on behalf of Debtor Jeffrey M. Keiser rick.dressel@flastergreenberg.com,
               erika.letteri@ecf.inforuptcy.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    CitiMortgage, Inc. jpshay@mdwcg.com,
               jpshay@gmail.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CitiMortgage, Inc. nj.bkecf@fedphe.com
              Rebecca K. McDowell    on behalf of Creditor    Investors Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                             TOTAL: 13
```